IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOLIN ANDREWS, | |
|     Plaintiff, | CIV. NO. S-04-2125 LKK KJM P |
| vs. | |
| McINTYRE, DDS, | |
|     Defendant. | |
| _____/ | |
| ANTOLIN ANDREWS, | CIV. NO. S-02-1331 FCD GGH P |
|     Plaintiff, | |
| v. | <u>RELATED ORDER</u> |
| RITA McINTYRE, et al, | |
|     Defendants. | |
| _____/ | |

    Examination of the above-entitled actions reveals that both actions are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 2005). The actions involve the same parties, are based on the same or a similar claim, involve the same events, and similar questions of fact and the same question of law. Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to effect a substantial savings of judicial effort and is also

1

likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that the two actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated CIV. NO. S-04-2125 LKK KJM P be reassigned to Judge Frank C. Damrell, Jr., and Magistrate Judge Gregory G. Hollows for all further proceedings.  Henceforth, the caption on documents filed in the reassigned case shall be shown as CIV. NO. S-04-2125 FCD GGH P.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

DATED:   4/22/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:009
andr2125.rel

2